IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CLOUMBIA

| | | |
|---|---|---|
| MYSTERY PRODUCTIONS ENTERTAINMENT, LLC, T/A CLUB RENDEZOUS 2840 Alabama Ave, S.E. Washington, DC 20020 | : : : : : : : | |
| Plaintiff, | : : | Case No.: |
| v. | : : | |
| DISTRICT OF COLUMBIA GOVERNMENT **John A. Wilson Building 1350 Pennsylvania Avenue, NW Washington, DC 20004** | : : : : : : | |
| Defendant. | : : | |

## COMPLAINT

COMES NOW, Plaintiff, by and through counsel Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., to respectfully present this Complaint against the District of Columbia Government.

## JURISDICTION

1. Jurisdiction is conferred upon this Court by 28 U.S.C. §1331, this being a civil action arising under the Constitution and laws of the United States.

2. Jurisdiction is conferred upon this Court by 28 U.S.C. §1343(a)(3) and (4), 28 U.S.C. §§2201 and 2202, and 42 U.S.C. §1983 and 1988, this being an action for declaratory judgment, equitable relief authorized by law to redress deprivations under color of law of rights, privileges and immunities secured by the Constitution of the United States.

## VENUE

3. Venue is proper in the District of Columbia as DC Official Code §25-374 (2001) is a law and was passed by the District of Columbia Government.

## STATEMENT OF FACTS

4. Plaintiff is a corporation organized and existing under the laws of the state of District of Columbia.

5. Defendant is sued for its responsibility and threat of enforcement of DC Official Code §25-374 (2001)

6. Warren Whitehead, is the owner of Mystery Productions Entertainment, LLC, t/a Club Rendezvous at 2840 Alabama Avenue, S.E., Washington, DC 20020. There has been city authorized nude dancing at that location since 1992. The club hold a Class "CN" retailer's license where nude dancing is permitted. This particular area where the club is located underwent eminent domain by the District of Columbia Government. Plaintiff was notied notified by D.C. Government Officials that the government plans to enforce DC Official Code §25-374 (2001), a zoning ordnance, against his club. The alleged purpose of this statute is to identify those areas in the District of Columbia where the holder of a Class "CN" retailer's license with nude dancing is permitted to transfer its license. The possible locations in the District of Columbia where the holder of a Class "CN" retailer's license with nude dancing may file an application to transfer its license are contained in DC Official Code §25-374 (2001). This provision states in relevant part as follows:

> "A license under §25-371(b) may only be transferred to a location
> in the Central Business District or if the licensee is currently
> located in a CM or M-zoned district, <u>transferred within the same
> CM or M-zoned district</u> as identified in the zoning regulations of

        the District of Columbia and shown in the official atlases of the Zoning Commission of the District of Columbia . . ." (Emphasis added).

7. Because of DC Official Code §25-374 (2001), there is only one location where plaintiff can move, if a location was available, the central business district of the city. In real terms, the government enforcing DC Official Code §25-374 (2001) against plaintiff means he will be out put out of business for one reason, because he has nude dancing. This law only applies to adult entertainment establishments. The statute does not apply to bars, nightclubs, hip-hop clubs, a liquor stores and/or clubs that plays violent go-go music. They can move anywhere in the city but plaintiff cannot because his license (issued by the government) allows for non-obscene nude dance performances.

8. Additionally, whether DC Official Code §25-374 (2001) provisions allows the holder of a Class "CN" retailer's license with nude dancing, currently located in a CM or M-zoned district, to file an application to relocate its license to an equivalent CM or M-zoned district in another part of the District of Columbia depends upon the proper interpretation of the word "same" in the phrase "transferred within the same CM or M-zoned district." There is no specific legislative history regarding DC Official Code §25-374 (2001) in the Draft Report on Bill 13-449, the Title 25, DC Code Enactment and Related Amendments Act of 2000, which was later enacted by the Council as part of DC Law 13-298, effective May 3, 2001.

9. When you examine the plain meaning of the statute that there are two possible interpretations of the word "same" as used in this phrase. First, the phrase "transferred within the same CM or M-zoned district" can be interpreted to permit the filing of a

transfer to a new location application by the holder of a Class "CN" retailer's license with nude dancing only within the specific boundaries of the particular CM or M-zoned district in which it is currently located. Under this interpretation, the holder of a Class "CN" retailer's license with nude dancing would be prohibited from filing a license application to move its license from its existing CM or M-zoned district to an identical CM or M-zoned district in another part of the District of Columbia.

10. The phrase "transferred within the same CM or M-zoned district" can also be interpreted to permit the filing of a transfer to a new location application by the holder of a Class "CN" retailer's license with nude dancing from its existing CM or M-zoned district to an identical or equivalent CM or M-zoned district in another part of the District of Columbia. Specifically, under this interpretation, the holder of a Class "CN" retailer's license located in a CM-1, CM-2, CM-3, or M-zoned district, as defined in Section 105.1 of Title 11 of the DCMR (Zoning Regulations) and contained in the zoning maps of the District of Columbia, would be allowed to file an application to transfer its license respectively to another CM-1, CM-2, CM-3, or M-zoned district. For example, the holder of a Class "CN" retailer's license with nude dancing approved by the Board to be located in a CM-2 zoned district would be permitted to file an application to transfer its license to another CM-2 zoned district located in another part of the District of Columbia.

11. This is not a hypothetical situation. The Alcoholic Beverage Regulation Administration Board were faced with these two interpretations on February 28, 2007 In The Matter of Capitol Hill Cabaret, Inc. t/a Edge/Wet Case No. 61162-07/010P and split the vote 3 – 3, an equal number for both interpretations, so it is unconstitutionally vague and must be struck down.

4

12. Plaintiff and its agents and employees will be injured by the existence and threatened enforcement of DC OFFICIAL CODE §25-374 (2001) in that they will be chilled and restrained in their exercise of their free rights to express certain messages during the course of dance performances.

## COUNT I

13. Plaintiff repleads and realleges paragraphs 1 through 18 with the same force and effect as if fully set forth separately at length herein.

14. DC OFFICIAL CODE §25-374 (2001) is unconstitutional on its face under the First and Fourteenth Amendments to the US Constitution for the following reasons:

    a. DC OFFICIAL CODE §25-374 (2001) unconstitutionally abridges freedom of speech and expression and imposes impermissible restraint on constitutionally protected expression;

    b. DC OFFICIAL CODE §25-374 (2001) is unconstitutionally overbroad;

    c. DC OFFICIAL CODE §25-374 (2001) is unconstitutionally vague;

    d. DC OFFICIAL CODE §25-374 (2001) is unconstitutionally discriminatory;

    e. DC OFFICIAL CODE §25-374 (2001) does not further any substantial governmental interest;

    f. DC OFFICIAL CODE §25-374 (2001) is not narrowly tailored to further any governmental interest;

    g. DC OFFICIAL CODE §25-374 (2001) was adopted without any valid evidence upon which the governmente could rely to show adult businesses in general, and Plaintiff's businesses in particular, cause adverse primary or secondary effects;

    h. DC OFFICIAL CODE §25-374 (2001) does not allow ample alternative avenues of communication;

    i. DC OFFICIAL CODE §25-374 (2001) deprives Plaintiff of their right to equal protection of the laws.

15. Plaintiff is therefore entitled to a declaration that the regulation is unconstitutional on its face.

## COUNT II

16. Plaintiff repleads and realleges paragraphs 1 through 15 with the same force and effect as if fully set forth separately at length herein.

17. DC OFFICIAL CODE §25-374 (2001) deprives and threatens to deprive Plaintiff of their rights secured by the First and Fourteenth Amendments to the Constitution to engage in protected expressive activity and to be free from vague laws, all of which threatens to cause irreparable harm to Plaintiff for which there is no adequate remedy at law.

18. Plaintiff is therefore entitled to a declaration that the regulation is unconstitutional on its face.

## COUNT III

19. Plaintiff repleads and realleges paragraphs 1 through 18 with the same force and effect as if fully set forth separately at length herein.

20. DC OFFICIAL CODE §25-374 (2001) is unconstitutional under the First and Fourteenth Amendments to the US Constitution on its face for each of the following reasons:

    a. DC OFFICIAL CODE §25-374 (2001) unconstitutionally abridges freedom of speech and expression and imposes impermissible restraint on constitutionally protected expression;

    b. DC OFFICIAL CODE §25-374 (2001) is unconstitutionally overbroad;

    c. DC OFFICIAL CODE §25-374 (2001) is unconstitutionally vague;

    d. DC OFFICIAL CODE §25-374 (2001) is unconstitutionally discriminatory;

    e. DC OFFICIAL CODE §25-374 (2001) does not further any substantial governmental interest;

    f. DC OFFICIAL CODE §25-374 (2001) is not narrowly tailored to further any governmental interest;

    g. DC OFFICIAL CODE §25-374 (2001) was adopted without any valid evidence upon which the State could rely to show adult businesses in general, and Plaintiff's businesses in particular, cause adverse primary or secondary effects;

    h. DC OFFICIAL CODE §25-374 (2001) does not allow ample alternative avenues of communication;

    i. DC OFFICIAL CODE §25-374 (2001) deprives Plaintiff of their right to equal protection of the laws.

21. DC OFFICIAL CODE §25-374 (2001) deprives and threatens to deprive Plaintiff of their rights secured by the First and Fourteenth Amendments to the Constitution to engage in protected expressive activity and to be free from vague laws, all of which threatens to cause irreparable harm to Plaintiff for which there is no adequate remedy at law.

22. By reason of Defendants' conduct and threatened conduct, and the irreparable harm plaintiffs will suffer in the future as a result of this regulation, plaintiffs are entitled to a preliminary injunction and after a final hearing, a permanent injunction demanded hereunder.

## COUNT IV

23. Plaintiff repleads and realleges paragraphs 1 through 22 with the same force and effect as if fully set forth separately at length herein.

24. DC OFFICIAL CODE §25-374 (2001) deprives and threatens to deprive Plaintiff of their rights secured by the First and Fourteenth Amendments to the Constitution to engage in protected expressive activity and to be free from vague laws, all of which threatens to cause irreparable harm to Plaintiff for which there is no adequate remedy at law.

25. By reason of Defendants' conduct and threatened conduct, and the irreparable harm plaintiffs will suffer in the future as a result of this regulation, plaintiffs are entitled to a preliminary injunction and after a final hearing, a permanent injunction demanded hereunder.

## **RELIEF SOUGHT**

26.     Plaintiff re-pleads and re-alleges counts 1 through 25 with the same force and effect as if set forth separately at length herein.

WHEREFORE, plaintiffs demand:

27. Upon Count I of this Complaint, a declaration that DC OFFICIAL CODE §25-374 (2001) is unconstitutional under the First and Fourteenth Amendments, both on its face; and,

28. Upon Count II of this Complaint a declaration that DC OFFICIAL CODE §25-374 (2001) is unconstitutional under the First and Fourteenth Amendments, both on its face; and,

29. Upon Count III of this Complaint of this Complaint, a preliminary injunction and after a final hearing, a permanent injunction enjoining the Defendants, their officers, agents, servants, attorneys, and all persons in active concert or participation with them who receive actual notice of the injunction by personal service against Plaintiffs and Plaintiff's officers, agents, and employees; and,

30. Upon Count IV of this Complaint, a preliminary injunction and after a final hearing, a permanent injunction enjoining the Defendants, their officers, agents, servants, attorneys, and all persons in active concert or participation with them who receive actual notice of the injunction by personal service against Plaintiffs and Plaintiff's officers, agents, and employees; and,

31. Upon all Counts, as to all Defendants, the cost of litigation, including reasonable attorney's fees and expert witness fees.

32. Upon all Counts, as to all Defendants, such other relief she may be entitled.

Respectfully submitted,

_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)
Counsel for the Plaintiff
Bar No. MD 14639

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

MYSTERY PRODUCTIONS
ENTERTAINMENT, LLC,
T/A CLUB RENDEZOUS
2840 Alabama Ave, S.E.
Washington, DC 20020

11001

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (Fax)

## DEFENDANTS

DISTRICT OF COLUMBIA
GOVERNMENT
John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LA[ND]

Case: 1:07-cv-00707
Assigned To : Kennedy, Henry H.
Assign. Date : 4/18/2007
Description: MYSTERY PROD. ENTERTAINMENT V DC GVT.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

○ 1 U.S. Government Plaintiff
⊗ 3 Federal Question (U.S. Government Not a Party)
○ 2 U.S. Government Defendant
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ **A. Antitrust**
☐ 410 Antitrust

○ **B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

⊗ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

○ **E. General Civil (Other)** OR ○ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ● L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
● 1 Original Proceeding  ○ 2 Removed from State Court  ○ 3 Remanded from Appellate Court  ○ 4 Reinstated or Reopened  ○ 5 Transferred from another district (specify)  ○ 6 Multi district Litigation  ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 U.S.C. §1343(a)(3) and (4), 28 U.S.C. §§2201 and 2202, and 42 U.S.C. §1983 and 1988, this being an action for declaratory judgment, equitable relief

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ _____   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE  4-18-07    SIGNATURE OF ATTORNEY OF RECORD  _____

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.