CO-386
Rev. 10/03

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

APR 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mystery Productions
Ent, LLC          ) Plaintiff
                  )
              v.  )
                  )
District of       ) Defendant
Columbia          )
Government        )

Case: 1:07-cv-00707
Assigned To : Kennedy, Henry H.
Assign. Date : 4/18/2007
Description: MYSTERY PROD. ENTERTAINMENT V DC GVT.

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for __Mystery Productions Ent, LLC__, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __None__, which have any outstanding securities in the hands of the public. _____

_____

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

__MD14639__
Bar Identification Number

__Jimmy A. Bell__
Print Name

__9610 Marlboro Pike__
Address

__Upper Marlboro, MD 20772__
City            State        Zip

__301-599-7620__
Telephone Number

2