UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYSTERY PRODUCTIONS ENTERTAINMENT, LLC, T/A CLUB RENDEZVOUS, ) ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No.07-00707 (HHK) |
| DISTRICT OF COLUMBIA, ) ) ) | |
| Defendant. ) ) | |

NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned as counsel for defendant in the instant matter.

DATE: May 2, 2007

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

       /s/ Ellen A. Efros       
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431


       /s/ Andrew J. Saindon       
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity Section I

441 Fourth Street, N.W., 6th Floor South  
Washington, D.C. 20001  
Telephone: (202) 724-6643  
Facsimile: (202) 727-0431  
andy.saindon@dc.gov