UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYSTERY PRODUCTIONS ENTERTAINMENT, LLC, T/A CLUB RENDEZVOUS, )<br><br>Plaintiff, )<br><br>v. )<br><br>DISTRICT OF COLUMBIA, )<br><br>Defendant. ) | Civil Action No.07-00707 (HHK) |

DEFENDANT'S MOTION TO ENLARGE TIME TO RESPOND

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), the defendant hereby moves this Honorable Court to enlarge its time to respond in this matter. Defendant's Memorandum of Points and Authorities in support hereof is attached hereto and incorporated by reference herein. A proposed Order also is attached hereto.

Pursuant to LCvR 7(m), the undersigned counsel discussed the relief requested herein with plaintiff's counsel, who declined his consent.

WHEREFORE, the defendant respectfully requests that this Honorable Court:

A. Grant the defendant's Motion to Enlarge Time to Respond, and

B. Grant the defendant such other and further relief as the nature of its cause may require.

DATE: May 18, 2007          Respectfully submitted,

                                         LINDA SINGER
                                         Attorney General for the District of Columbia

                                         GEORGE C. VALENTINE
                                         Deputy Attorney General, Civil Litigation Division

      /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431


      /s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MYSTERY PRODUCTIONS ENTERTAINMENT, LLC, T/A CLUB RENDEZVOUS, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No.07-00707 (HHK) |
| DISTRICT OF COLUMBIA, | ) ) ) | |
| Defendant. | ) ) | |

MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF
DEFENDANT'S MOTION TO
<u>ENLARGE TIME TO RESPOND</u>

Defendant ("the District"), by and through undersigned counsel, respectfully submits this Memorandum of Points and Authorities in Support of its Motion To Enlarge Time to Respond, pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b). A proposed Order is attached hereto.

In support of the instant motion, and for its good cause shown, the defendant states as follows:

1. The Complaint was filed on or about April 18, 2007, together with plaintiff's "Motion Against the District of Columbia Government for a Preliminary and Permanent Injunction."

2. The Complaint and motion were apparently served on the District on or about April 30, 2007.

3. On May 7, 2007, pursuant to LCvR 65.1, the District filed its Memorandum of Points and Authorities in Opposition to plaintiff's motion.

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), the defendant's response to the Complaint is due on or before May 21, 2007.

5. Fed. R. Civ. P. 6(b)(1) permits an enlargement of time, such as that requested herein, "if request therefor is made before the expiration of the period originally prescribed . . ." for cause shown.

6. For its good cause shown, the defendant states that the Court's forthcoming decision on plaintiff's motion for emergency injunctive relief may implicate one or more of the issues raised in the Complaint.

7. This enlargement is not sought for any improper purpose, but to allow the District to incorporate the Court's analysis into its response and, potentially, to conserve its efforts in the event the Court's forthcoming decision directly impacts the allegations of the Complaint.

Based on the above, the defendant respectfully requests that this Honorable Court enter an order pursuant to Fed. R. Civ. P. 6(b)(1), to enlarge the time for its response to fourteen (14) calendar days from the issuance of the Court's Order on plaintiff's "Motion Against the District of Columbia Government for a Preliminary and Permanent Injunction."

DATE: May 18, 2007    Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

    /s/ Ellen A. Efros
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431

- 3 -

/s/ Andrew J. Saindon
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431
andy.saindon@dc.gov

- 3 -

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYSTERY PRODUCTIONS ENTERTAINMENT, LLC, T/A CLUB RENDEZVOUS,  )<br><br>Plaintiff,  )<br><br>v.  )<br><br>DISTRICT OF COLUMBIA,  )<br><br>Defendant.  ) | Civil Action No.07-00707 (HHK) |

ORDER

Upon consideration of the Defendant's Motion to Enlarge Time to Respond, the Memorandum of Points and Authorities in Support thereof, any opposition thereto, the entire record herein, and it appearing that the relief should be granted, it is hereby:

ORDERED, that the Defendant's Motion to Enlarge Time to Respond be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that the defendant's response to the Complaint is due no later than fourteen (14) calendar days from the issuance of the Court's Order on plaintiff's "Motion Against the District of Columbia Government for a Preliminary and Permanent Injunction."

SO ORDERED.

DATE: _____         _____
                                     HENRY H. KENNEDY
                                     United States District Judge