UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYSTERY PRODUCTIONS
ENTERTAINMENT, LLC,
T/A Club Rendezous,

           Plaintiff,

           v.

DISTRICT OF COLUMBIA
GOVERNMENT,

           Defendant.

Civil Action 07-00707 (HHK)

### ORDER

Before the court is plaintiff's motion for a preliminary injunction and a permanent injunction [#3], filed April 18, 2007. Upon consideration of the motion, the opposition thereto, and the record of this case, the court determines that plaintiff has not met the rigorous requirements of demonstrating that the alleged harm would be irreparable were an injunction not to issue. *See Sampson v. Murray*, 415 U.S. 61, 91–92 (1974).

Accordingly, it is by the court this 31st day of May, 2007, hereby

**ORDERED** that plaintiff's motion for a preliminary injunction and a permanent injunction [#3] is **DENIED**.

                                                      Henry H. Kennedy, Jr.
                                                      United States District Judge