IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CLOUMBIA

| | |
|---|---|
| MYSTERY PRODUCTIONS ENTERTAINMENT, LLC, T/A CLUB RENDEZOUS 2840 Alabama Ave, S.E. Washington, DC 20020 | : : : : : : : : : |
| Plaintiff, | : Case No.: 07-cv-00707-HHK |
| v. | : : |
| DISTRICT OF COLUMBIA GOVERNMENT John A. Wilson Building 1350 Pennsylvania Avenue, NW Washington, DC 20004 | : : : : : : : |
| Defendant. | : |

**PLAINTIFF'S CONSENT MOTION TO ENLARGE THE TIME WITHIN WHICH TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

COMES NOW, Plaintiff, by and through the undersigned counsel, Jimmy A. Bell, Esq. and the Law Office of Jimmy A. Bell, P.C., and hereby moves, pursuant to Federal Rule of Civil Procedure 6(b), for an order enlarging the time by two weeks within which Plaintiff must file an opposition to Defendant's Motion For Summary Judgment. For cause, Plaintiff states the following:

1. Under Fed. R. Civ. P. 6(b) this Court may, at any time, and for cause shown, extend the time within which a prescribed act may be done.

2. Counsel for the Plaintiff has four different Oppositions Summary Judgment Motions (including the one in the instant case) due at the same time. Two in the U.S. District Court for the District of Columbia: Kennedy V. District of Columbia 05-cv00238JBD and Jackson v. District of Columbia 04-cv-00929-EGS.

3. In the U.S. District Court for the District of Maryland: To God Be The Glory, Inc.

1

v. National Capital Presbytery, Inc. et al 06-cv-00464-PJM.

4. Plaintiff counsel has a Criminal Jury Trial in Prince Georges County Circuit Court that starts Monday, June 22, 2007, State of Maryland v. Kimberly Young case number CJ064286.

5. Plaintiff counsel has a motion hearing on June 27, 2007in the U.S. District Court for the District of Columbia, OWENS v. DISTRICT OF COLUMBIA et al. CV-05-1729 (AK).

6. Counsel for the Plaintiff spoke with Counsel for the Defendant, and he consented to a two week extension to Plaintiff's filing of the Opposition to Defendant's Motion For Summary Judgment.

5. Defendant will not be prejudiced if this Motion is granted.

WHEREFORE, Plaintiff requests that this Court grant the Consent Motion to Enlarge the Time Within Which to File an Opposition to Defendant's Motion For Summary Judgment by two weeks.

Respectfully submitted,

Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike Upper Marlboro,
MD 20772 (301) 599-7620
(301) 599-7623 (fax)
Counsel for Plaintiffs
Bar # MD 14639

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CLOUMBIA

| | | |
|---|---|---|
| **MYSTERY PRODUCTIONS ENTERTAINMENT, LLC, T/A CLUB RENDEZOUS** <br> **2840 Alabama Ave, S.E.** <br> **Washington, DC 20020** <br>     Plaintiff, <br> <br> v. <br> <br> **DISTRICT OF COLUMBIA GOVERNMENT** <br> **John A. Wilson Building** <br> **1350 Pennsylvania Avenue, NW** <br> **Washington, DC 20004** <br>     Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | Case No.: 07-cv-00707-HHK |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to Enlarge the Time by two weeks to file an Opposition to Defendant's Motion For Summary Judgment, and in the interests of justice, it is

this      day of   , 2007, ORDERED that Plaintiff's Consent Motion to Enlarge the Time by two weeks to file an Opposition to Defendant's Motion For Summary Judgment is GRANTED.

_____
U.S. District Court Judge

It is FURTHER ORDERED that Plaintiff may file an Øposition to Defendant's Motion For

Summary Judgment by Wednesday, March 29, 2005.

                                                                                                      _____

                                                                                                       U.S. District Court Judge