IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CLOUMBIA

|  |  |  |
|---|---|---|
| **MYSTERY PRODUCTIONS ENTERTAINMENT, LLC, T/A CLUB RENDEZOUS** 2840 Alabama Ave, S.E. Washington, DC 20020 | : : : : : : : : : | |
| Plaintiff, | : : | Case No.: 07-cv-00707-HHK |
| v. | : : | |
| **DISTRICT OF COLUMBIA GOVERNMENT** John A. Wilson Building 1350 Pennsylvania Avenue, NW Washington, DC 20004 | : : : : : : | |
| Defendant. | : : | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that this action is hereby dismissed without prejudice. Each party shall bear their own costs and attorneys' fees.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division
_____/s/ _____
ELLEN A. EFROS, D.C. Bar No. 250746
Chief, Equity Section I
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 442-9886
Facsimile: (202) 727-0431

1

        _____/s/ _____
ANDREW J. SAINDON, D.C. Bar No. 456987
Assistant Attorney General
Equity I Section
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
Telephone: (202) 724-6643
Facsimile: (202) 727-0431

        _____/s/_____
Jimmy A. Bell, Esq.
Law Office of Jimmy A. Bell, P.C.
9610 Marlboro Pike
Upper Marlboro, MD 20772
(301) 599-7620
(301) 599-7623 (fax)
Bar No. MD 14639
Counsel for Plaintiff